IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA PIERCE                                                                                          PLAINTIFF

v.                                            4:25-cv-00156-JM-JJV

JOHN STAYLEY, Sheriff,
Lonoke County, *et. al*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 46.) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Summary Judgment on Exhaustion (Doc. 32) is DENIED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 21st day of October 2025.

_____
UNITED STATES DISTRICT JUDGE