**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JOSHUA PIERCE
ADC #136200                                                                                        PLAINTIFF

v.                                          4:25-cv-00156-JM-JJV

JOHN STAYLEY, Sheriff,
Lonoke County, *et. al*                                                                    DEFENDANTS

## ORDER

Pursuant to a Joint Stipulation of Dismissal pursuant to settlement, this case is DISMISSED

WITH PREJUDICE.   (Doc. 78.)   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of June 2026.

_____
UNITED STATES DISTRICT JUDGE