**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JOSHUA PIERCE
ADC #136200                                                                         PLAINTIFF

v.                                            4:25-cv-00156-JM-JJV

JOHN STAYLEY, Sheriff,
Lonoke County, *et. al*                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

WITH PREJUDICE, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal

from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 8th day of June 2026.

_____
UNITED STATES DISTRICT JUDGE